IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Fitzgerald Mealing,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Fluor Enterprises, Inc., et al.,<br><br>　　　　　　Defendants.<br>_____ | )　C/A　0:17-3342-TLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　　The court having now been advised by counsel for the parties that this case has settled,

　　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice.  The dismissal hereunder shall be *with prejudice* if no action is taken within sixty (60) days from the filing date of this Order.

　　　IT IS SO ORDERED.


August 1, 2018　　　　　　　　　　　　　　　　　　s/Terry L. Wooten
Columbia, SC　　　　　　　　　　　　　　　　　　　Terry L. Wooten
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge