# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

|  |  |
|---|---|
| Fitzgerald Mealing, ) | C/A No. 0:17-cv-03342-TLW-JDA |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION** |
| vs. ) | **OF DISMISSAL WITH PREJUDICE** |
| Fluor Enterprises, Inc., Fluor Corp., ) | |
| Fluor Daniel Maintenance Services, Inc. ) | |
| Defendants. ) | |

The parties, having completely resolved the issues between them, hereby stipulate and consent to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.

Respectfully submitted,

s/ Blaney A. Coskrey, III
Blaney A. Coskrey, III (FID 5421)
coskrey@coskreylaw.com
COSKREY LAW OFFICE
1201 Main Street, Suite 1980
Columbia, South Carolina 29201
Phone: (803) 748-1202
Fax: (803) 748-1302

s/ Matthew R. Korn
George A. Reeves III (FID 9701)
greeves@fisherphillips.com
Matthew R. Korn (FID 11579)
mkorn@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Phone: (803) 255-0000
Fax: (803) 255-0202

ATTORNEY FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS

Dated this 17th day of August 2018.